699 A.2d 732

**David REBEL, Petitioner,**

v.

**UNEMPLOYMENT COMPENSATION BOARD OF REVIEW, Respondent.**

Supreme Court of Pennsylvania.

Sept. 30, 1997.

## ORDER

PER CURIAM.

AND NOW, this 30th day of September, 1997, the Petition for Allowance of Appeal is granted but limited to the following issue:

Did Petitioner engage in willful misconduct for purposes of unemployment compensation benefits by refusing to take his employer's drug test?

The Motion to Quash Intervenor's Brief is denied. The Motion to Withdraw as counsel is granted.